**Raymond A. BROWN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 73515.**

Missouri Court of Appeals, Western District.

Jan. 31, 2012.

Susan E. Summers, Kansas City, MO, for appellant.

Shaun J. Mackelprang and Evan J. Buchheim, Jefferson City, MO, for respondent.

Before: LISA WHITE HARDWICK, C.J., and JAMES M. SMART and ALOK AHUJA, JJ.

**ORDER**

PER CURIAM:

Raymond Brown appeals the denial of his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. Brown alleges that his plea counsel was ineffective for failing to advise him: (1) that he could seek to withdraw his earlier jury-trial waiver; and (2) that his guilty plea would waive his right to appeal the trial court's denial of a motion to suppress. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the

reasons for this order has been provided to the parties. Rule 84.16(b).